# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Kristie L. Sluder, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:20-cv-00135-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| R. Patrick Bentancourt, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on November 10, 2020.

November 10, 2020

*Frank G. Johns*

Frank G. Johns, Clerk