UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-135-MOC-WCM

| KRISTIE SLUDER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| R. PATRICK BENTANCOURT, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on pro se Plaintiff's Motion for Reconsideration of this Court's order denying Plaintiff's action with prejudice for lack of standing. (Doc. No. 25). Defendants have filed a response in opposition to the motion. For the reasons stated in Defendants' response, the motion for reconsideration is denied. Specifically, as Defendants note, this Court correctly held that, under North Carolina law, Plaintiff does not have standing as a foster parent to challenge the placement of the foster child who was in her care.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's pro se Motion for Reconsideration, (Doc. No. 25), is **DENIED**.

Signed: December 11, 2020

Max O. Cogburn Jr.
United States District Judge